IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

Respondent,

v.

MELINDA MICHELLE STEELE,

Appellant.

No. 86616-8-I

DIVISION ONE

UNPUBLISHED OPINION

COBURN, J. — Melinda Steele appeals from a judgment and sentence following her conviction of arson in the first degree. However, during the pendency of this appeal, Steele has passed away.

A case is moot when it involves only abstract propositions or questions, the substantial questions in the trial court no longer exist, or a court can no longer provide effective relief. Spokane Rsch. & Def. Fund v. City of Spokane, 155 Wn.2d 89, 99, 117 P.3d 1117 (2005) (citing Westerman v. Cary, 125 Wn.2d 277, 286, 892 P.2d 1067 (1994)).

No motion for substitution under RAP 3.2 has been filed.  Accordingly, this case is dismissed as moot.

_____Cohun, J._____

WE CONCUR:

_____Haff, ACJ_____    _____Duyn, J._____